FILED
AUG 28 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
19 MAY 24 PM 2:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMUNDO ARCINIEGA-CALZADA (1),<br>aka "Flaco"<br>JESUS ERNESTO FLORES-LUNA (2),<br>MARTHA ARMENTA (3),<br>DIEGO ALBERTO RUIZ-GAMEZ (4),<br>[redacted]<br><br>Defendants. | Case No. 19CR1953 GPC<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances;<br>Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The grand jury charges:

Beginning on a date unknown to the grand jury and continuing up to and including the date of this Indictment, within the Southern District of California and elsewhere, defendants EDMUNDO ARCINIEGA-CALZADA, aka "Flaco", JESUS ERNESTO FLORES-LUNA, MARTHA ARMENTA, DIEGO ALBERTO RUIZ-GAMEZ, [redacted] did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury, to distribute methamphetamine, a Schedule II Controlled Substance, and heroin, a Schedule I Controlled Substance; both in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

KBM:nlv:Imperial:5/24/19

The Grand Jury further alleges that, as to defendants EDMUNDO ARCINIEGA-CALZADA, aka "Flaco", JESUS ERNESTO FLORES-LUNA, MARTHA ARMENTA, [redacted] the amount of methamphetamine involved in the conspiracy was 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, and the amount of heroin involved in the conspiracy was one kilogram and more of a mixture and substance containing a detectable amount of heroin.

FORFEITURE ALLEGATION

1. The allegations above are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of the felony offense alleged in this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants EDMUNDO ARCINIEGA-CALZADA, aka "Flaco", JESUS ERNESTO FLORES-LUNA, MARTHA ARMENTA, DIEGO ALBERTO RUIZ-GAMEZ, [redacted] shall forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

//

//

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: May 24, 2019.

A TRUE BILL:

Foreperson

ROBERT S. BREWER, JR.,
United States Attorney

By:
KYLE B. MARTIN
JOSHUA P. JONES
Assistant U.S. Attorneys

I hereby attest and certify on 5/24/19
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By ______ Deputy